UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

XAVIER GABRIEL MALLETTE,

                  Petitioner,

v.

JACK WARNER,

                  Respondent.

Case No. C23-1844-JCC-MLP

ORDER GRANTING LEAVE TO PROCEED *IN FORMA PAUPERIS*

Petitioner's application to proceed with this federal habeas action *in forma pauperis* (dkt. # 1) is GRANTED. The Clerk is directed to file Petitioner's petition for writ of habeas corpus without the prepayment of fees. The Clerk is further directed to send a copy of this Order to Petitioner.

DATED this 5th day of December, 2023.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER GRANTING LEAVE TO
PROCEED *IN FORMA PAUPERIS* - 1